UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DONALD FRANCIS                          03/09/2023
   PLAINTIFF
V.

JOHN PLASSE
CAPT. CHARLEY FUNK
LT. CASEY LEE
SGT. STEPHANIE EDWARDSON
SGT. CHELSEA LEFLEUR
SGT. EMILY MEADOWS
SGT. ADRIAN HARRISON
CPL DANIKA MITCHELL
   C.O. DUGGAR
   C.O. WERTMAN
   C.O. CRAWFORD
   C.O. KEEGAN (SECOND SHIFT)
   C.O. AUSTIN CHALOS
   C.O. ALTNADER
   C.O. MAUR
   MENTAL HEALTH NURSE TAMMI
   DR. KRISTA SEXTON-COX
   NURSE POLLY DECKER
                DEFENDANTS
   C.O. HYTE,

**FILED**

**04/12/2023**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

2:23-cv-188-JPH-MKK

THE PLAINTIFF MOTIONS THE COURT FOR ACCEPTANCE FOR FILING AN INMATE/PRISONER FEDERAL COMPLAINT LAWSUIT.

29

PAGE 2 OF

The Plaintiff motions the court of the said actions due to acts of said individuals, Defendants conspired (Title 42 CH 21, Sec. 1985(2),(3) of U.S. Codes, and Pinkerton Rule see Pinkerton v. United States 328, and United States v. Howard 471) to falsely confine, violate Indiana Constitution Article 1 Section 15, unnecessary rigor, violate U.S. Code 42, §12183 Americans with Disabilities Act of 1990, deliberately cause a breach of safety and security of the Plaintiff that caused the Plaintiff to physically shed bodily blood under Title 42 §1983 under color of law of named Defendants. The Plaintiff has shed bodily blood numerous times due to gross negligence, deliberate indifference, misprison of felony, malice aforethought, and violation of Eighth Amendment constitutional guaranteed law of protection by the said Defendants directly or indirectly.

2) If the Court accepts the Plaintiffs initial complaint, the Plaintiff will amend complaint more accurately, and detailed claim to prosecute said case.

3) The Plaintiff is asking for a total of 500,000.00 for damages as a lump sum payment or 2000.00 / week for 1040 weeks to be paid before noon of the week's Friday. If Friday of week is holiday, payment shall be 24 hours earlier that Thursday before noon of same week. 10% payment increase daily for late payments. Total payments 2,800,000.00 if weekly.

Donald E. Ford