UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DONALD FRANCIS, | ) |
|                Plaintiff, | ) |
| v. | ) No. 2:23-cv-00188-JPH-MKK |
| JOHN PLASSE,<br>CHARLEY FUNK,<br>CASEY LEE,<br>STEPHANIE EDWARDSON,<br>CHELSEA LEFLEUR,<br>EMILY MEADOWS,<br>ADRIAN HARRISON,<br>DANIKA MITCHELL,<br>DUGGAR,<br>WERTMAN,<br>CRAWFORD,<br>KEEGAN,<br>AUSTIN CHALOS,<br>ALTNADER,<br>MAUR,<br>TAMMI,<br>KRISTA SEXTON-COX,<br>POLLY DECKER,<br>HYTE, | ) |
|                Defendants. | ) |

**FINAL JUDGMENT**

Final judgment is entered for the defendants and against the plaintiff. This action is **dismissed without prejudice**.

Date: 7/12/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____
    Deputy Clerk, U.S. District Court

Distribution:

DONALD FRANCIS
600 West Honey Creek Drive
Terre Haute, IN 47802